UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR417 HEA |
| BILLY WALKER, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on Defense Counsel's Motion to Withdraw Due to Conflict of Interest [Doc. #63] is set in this matter for Friday, January 13, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 12th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE